UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-cv-22860-JLK

DARREN ANDRE SAUNDERS,

    Plaintiff,

vs.

CALDER CASINO, et al.,

    Defendants.

_____/

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**

THIS CAUSE is before the Court on the August 30, 2021 Report and Recommendation ("R&R") (DE 6) of Magistrate Judge Jacqueline Becerra, recommending that Defendant's Motion for Leave to Proceed in *forma pauperis* (DE 3) be denied. On September 14, 2021, Plaintiff filed objections (DE 9).

The R&R carefully discusses Plaintiff's affidavit in support of the Motion. *See* R&R. Upon review, the application is "contradictory, and in many instances, seemingly inflated. . .Plaintiff has the ability to borrow money as indicated by his monthly credit card payments. . .Plaintiff's income puts him above the poverty level. . ." R&R at 2–3. Because Plaintiff does not meet the criteria for in *forma pauperis*, the R&R recommends denying the Motion. R&R at 3.

Upon *de novo* review and after careful consideration of the record, the R&R, and Plaintiff's objections, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Magistrate Judge Becerra's Report and Recommendation is Report and Recommendation **(DE 6)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court, and

2. Plaintiff's Motion for Leave to Proceed in *forma pauperis* **(DE 3)** be, and the same is, hereby **DENIED.**

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23rd day of September, 2020.

                                                                 **JAMES LAWRENCE KING**
                                                                 **UNITED STATES DISTRICT JUDGE**

**cc:**     **All counsel of record**
          **Magistrate Judge Jacqueline Becerra**
          **Darren Andre Saunders,** *pro se*